EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Rafael Bermúdez Meléndez | 2017 TSPR 184<br><br>198 DPR ____ |

Número del Caso: TS-8317

Fecha:  30 de noviembre de 2017

Abogado de la parte peticionaria:

      Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael Bermúdez Meléndez        TS-8,317

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de noviembre de 2017.

Examinada la *Moción urgente solicitando reinstalación*, se reinstala al Lcdo. Rafael Bermúdez Meléndez al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo